UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN - 4 2010
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:10CR00298RWS ) 4:10 mj 00023 RWS |
| AARON HUNTER, | ) ) |
| Defendant. | ) |

## INFORMATION

### COUNT I

The United States Attorney charges that:

On or about February 7, 2009, in Phelps County within the Eastern District of Missouri,

**AARON HUNTER,**

the Defendant herein, did knowingly, voluntarily and intentionally make a false, material statement to the United States relating to a matter within the jurisdiction of the United States, to wit: an annual report for the Firefighters Local 108 Labor Organization.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_____
Thomas C. Albus, #96250
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Thomas C. Albus, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
Thomas C. Albus, #96250

Subscribed and sworn to before me this 13th day of May 2010.

James G. Woodward
CLERK, U.S. DISTRICT COURT

By: Joyce M. Webb
DEPUTY CLERK